UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


MICHELLE L. LLOYD-GOODMAN,          )
                                    )     1:08-CV-00451 OWW DLB
                                    )
              Plaintiff,            )
                                    )
         v.                         )     **ORDER DISMISSING ACTION**
                                    )
RELIASTAR LIFE INSURANCE CO.,       )
                                    )
                                    )
              Defendant.            )
                                    )
                                    )

         Pursuant to the notice of stipulated dismissal filed
pursuant to FRCvP 41,

         IT IS HEREBY ORDERED that this matter is dismissed with
prejudice, in accordance with the terms of the Receipt and General
Release entered into between the parties.


IT IS SO ORDERED.

**Dated:    November 20, 2008**              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE


1